# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3262
_____

MARHLAU BELIZAIRE,

Appellant,

v.

STATE OF FLORIDA, MARK S.
INCH, Secretary, Department of
Corrections,

Appellees.

_____

On appeal from the Circuit Court for Suwannee County.
David W. Fina, Judge.

October 23, 2019

PER CURIAM.

AFFIRMED.

WOLF, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Marhlau Belizaire, pro se, Appellant.

Ashley Moody, Attorney General, Frank X. Moehrle, Jr., Assistant Attorney General, and Jennifer J. Moore, Assistant Attorney General, Tallahassee, for Appellee State of Florida; Kenneth S. Steely, General Counsel, Department of Corrections, Tallahassee, for Appellee Department of Corrections.